**FERDINAND ROTEN GAL-**

636

LERIES v. ROYALTON COLLEGE, INC., No. 282-76

July 18, 1977. Appeal dismissed for lack of compliance with progress order dated June 7, 1977.